CO-386
10/2018

# United States District Court
# For the District of Columbia

Healthy Gulf

 vs  Plaintiff

David Bernhardt, et al.

 Defendant

Civil Action No. __19-cv-2894__

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for _____Healthy Gulf_____ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of _____Healthy Gulf_____ which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

/s/ Travis Annatoyn
Signature

462679
BAR IDENTIFICATION NO.

Travis Annatoyn
Print Name

1333 H Street, NW
Address

Washington, DC 20005
City        State        Zip Code

(202) 601-2483
Phone Number