IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HEALTHY GULF,<br><br>        *Plaintiff*,<br><br>v.<br><br>DAVID BERNHARDT, et al.<br><br>        *Defendants*. | Civil Action No. 19-2894 (EGS) |

## NOTICE OF DISMISSAL

In light of the attached letter from Defendants, Plaintiff Healthy Gulf voluntarily dismisses its action under Federal Rule of Civil Procedure 41(a)(1)(A)(i) with prejudice. The parties have conferred and agreed to pay their own costs and fees.

May 24, 2021

Respectfully submitted,

*/s/ Kristen P. Miller*

Kristen P. Miller (DC Bar No. 220627)
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
(202) 639-6500
kmiller@democracyforward.org

*Counsel for Plaintiff*

1